IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| JACQUELINE JOHNSON, | : | |
| Plaintiff, | : | Civil Action File No. |
| vs. | : | 1:22-cv-01453-TWT |
| THRIVE HEALTHCARE, LLC and BRITTANY HILL, | : | |
| Defendants. | : | |

**JOINT NOTICE OF SETTLEMENT**

**AND MOTION TO STAY LITIGATION PROCEEDINGS**

Plaintiff Jacqueline Johnson, together with Defendants Thrive Healthcare, LLC and Brittany Hill, hereby give notice that they have reached a settlement of this FLSA action. The Parties are currently preparing formal settlement documents and will submit a written agreement and file a motion for settlement approval within thirty (30) days.

The Parties jointly request that, pending their filing and this Court's approval of a settlement agreement, the Court stay the proceedings in this litigation.

This 19th day of August, 2022.

| **Delong, Caldwell, Bridgers, Fitzpatrick & Benjamin, LLC** | **Lawrence & Bundy LLC** |
|---|---|
| */s/ Charles R. Bridgers* <br> Charles R. Bridgers <br> Georgia Bar No. 080791 <br> Kevin D. Fitzpatrick <br> Georgia Bar No. 262375 <br><br> 101 Marietta Street <br> Suite 2650 <br> Atlanta, GA 30303 <br> Telephone: (404) 979-3150 <br> Facsimile: (404) 979-3170 <br> E-mail: kevin.fitzpatrick@dcbflegal.com <br> E-mail: charlesbridgers@dcbflegal.com <br><br> COUNSEL FOR PLAINTIFF | */s/ Lisa M. Haldar* <br> Lisa M. Haldar <br> Georgia Bar No. 733508 <br> Maia Cogen <br> Georgia Bar No. 832438 <br><br> 1180 West Peachtree Street, NW <br> Suite 1650 <br> Atlanta, Georgia 30309 <br> Telephone: (404) 400-3350 <br> Fax: (404) 609-2504 <br> Email: lisa.haldar@lawrencebundy.com <br> Email: maia.cogen@lawrencebundy.com <br><br> COUNSEL FOR DEFENDANTS |

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| JACQUELINE JOHNSON, | : | |
| Plaintiff, | : | Civil Action File No. |
| vs. | : | 1:22-cv-01453-TWT |
| THRIVE HEALTHCARE, LLC and BRITTANY HILL, | : | |
| Defendants. | : | |

## CERTIFICATE OF SERVICE

I hereby certify that on this date I electronically filed foregoing document with the Clerk via the Court's CM/ECF system, thereby ensuring electronic service upon all counsel of record.

Dated: August 19, 2022

>*/s/ Charles R. Bridgers*
>Charles R. Bridgers
>Georgia Bar No. 080791